UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

ENTERED
SEP - 1 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

IN THE MATTER OF LAWYER
DISCIPLINARY BOARD COMPLAINT
AGAINST **MARK O. HRUTKAY**

Misc. No. 2:05-MC-0146

### ATTORNEY REMOVAL ORDER

This Court having been notified by the Supreme Court of Appeals of West Virginia that the license of **Mark O. Hrutkay** to practice law in the State of West Virginia has been annulled effective from date of an Order entered on May 11, 2005.

IT IS ORDERED that the District Court records be amended to reflect the disciplinary action and that **Mark O. Hrutkay** is barred from appearances in this Court.

The Clerk is **ORDERED** further to remove **Mark O. Hrutkay** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to **Mark O. Hrutkay** at his last known address of P. O. Box 1760, Logan, WV, 25601, and to each divisional Clerk's Office in this District.

ENTER:

DAVID A. FABER
Chief Judge, U. S. District Court

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals continued and held at Charleston, Kanawha County, on the 11th of May, 2005, the following order was made and entered:

Lawyer Disciplinary Board, Petitioner

vs.) No. 32692

Mark O. Hrutkay, a member of The West
Virginia State Bar, Respondent

On a former day, to-wit, May 10, 2005, came the Lawyer Disciplinary Board, by Andrea J. Hinerman, its attorney, and pursuant to Rule 3.25 of the Rules of Lawyer Disciplinary Procedure, presented to the Court its Petition for Annulment of Law License and the formal Affidavit of consent of disbarment of the respondent, Mark O. Hrutkay, a member of The West Virginia State Bar.

Upon consideration whereof, the Court is of opinion to and doth hereby grant said petition. It is therefore ordered that the license of the respondent, Mark O. Hrutkay, to practice law in the State of West Virginia be, and it hereby is, annulled. Pursuant to Rule 3.25, the Affidavit and Exhibits submitted therewith shall not be publicly disclosed or made available for use in any other proceedings except upon order of the Court.

A True Copy

Attest: _____
Clerk, Supreme Court of Appeals